**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BLAIR DOUGLASS | CIVIL ACTION |
| Plaintiff, | NO. 2:22-cv-1399 |
| v. | |
| THE MITCHELL GOLD CO. | |
| Defendant. | |

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**ON NOTICE TO:**

Allegheny County Prothonotary
Allegheny County Court of Common Pleas
414 Grant St, Pittsburgh, PA 15219

Kevin Tucker, Esquire
Kevin Abramowicz, Esquire
Chandler Steiger, Esquire
Stephanie Moore, Esquire
East End Trial Group, LLC
6901 Lynn Way, Suite 215
P.O. Box 40127
Pittsburgh, PA 15208
*Attorneys for Plaintiff*

## NOTICE OF REMOVAL

Defendant, The Mitchell Gold Co. (hereinafter "Removing Defendant"), by and through its undersigned attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, hereby removes the above-captioned action to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446.

### Basis for Removal

1. Pursuant to 28 U.S.C. § 1331, this action could have been filed in this Court because Plaintiff's claims against Removing Defendant are governed by the Americans with Disabilities Act ("ADA") and duties owed to Plaintiff as a member of a protected class pursuant to 42 U.S.C. § 12102(2).

2. Based on the foregoing, Plaintiff's claims involve a federal question, which is removal to federal court pursuant to 28 U.S.C. § 1441(c).

3. This Court also has jurisdiction pursuant under 28 U.S.C. § 1332, as there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. On or about August 5, 2022, Plaintiff filed a Complaint against Removing Defendant in the Court of Common Pleas, Allegheny County, Pennsylvania (No. GD-22-009642). *A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A."*

5. Upon information and belief Removing Defendant was served with Plaintiff's Complaint on or about September 1, 2022.

6. In the Complaint, Plaintiff alleges that Removing Defendant acted in violation of the Americans with Disabilities Act ("ADA") with regard to the accessibility of digital use of its website for sight-impaired consumers. *See Exhibit "A" at ¶ 37-38*

7. Further, Plaintiff acknowledges in his Complaint that this Honorable Court "recently appointed [Plaintiff] as class representative in a class action case substantially similar to this individual action. *See* Exhibit "A" at ¶ 23.

8. Accordingly, it is clear that Plaintiff's claims under the ADA involve a federal question giving rise to this Court's jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

9. Upon information and belief, Plaintiff's claims may also establish this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.

10. In the Complaint, Plaintiff acknowledges that he is a citizen of the Commonwealth of Pennsylvania, while Removing Defendant is a North Carolina company and maintains a principal place of business in North Carolina. *See* Exhibit "A" at ¶ 19, 24.

11. Plaintiff further requests reimbursement for the costs of his suit, as well as attorneys' fees and costs associated with "monitoring Defendant's compliance with the judgment." *See Exhibit "A" at ¶ 13(D)-(E) in Prayer for Relief.*

12. Based on Plaintiff's claims, the amount in controversy in this action may exceed seventy-five thousand dollars ($75,000.00) and therefore satisfies the threshold for federal diversity jurisdiction. 28 U.S.C. §§ 1332(a), 1441(a).

13. A copy of this Notice will be filed with the Prothonotary of the Court of Common Pleas of Allegheny County, Pennsylvania as provided by 28 U.S.C. § 1446(d).

14. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders are attached hereto at *Exhibit "A."*

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant The Mitchell Gold Co. respectfully requests the above-captioned action now pending in the Court of

Common Pleas of Allegheny County, Pennsylvania be removed to the United States District Court for the Western District of Pennsylvania.

                                  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By:    */s/ Alexandra E. Skarka*
        Wendy D. Testa, Esquire
        Alexandra E. Skarka, Esquire
        Two Commerce Square
        2001 Market Street, Suite 3100
        Philadelphia, PA 19103
        (215) 627-6900 (Tel)
        (215) 627-2665 (Fax)
        wendy.testa@wilsonelser.com
        andrew.rossi@wilsonelser.com
        *Attorneys for Defendant,*
        *The Mitchell Gold Co.*

Date:   October 5, 2022