UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

    Plaintiff,

v.

THE MITCHELL GOLD CO.,

    Defendant.

Case No. 2:22-cv-01399-MJH

**MOTION FOR REMAND**

Plaintiff Blair Douglass, by and through undersigned counsel, files this Motion For Remand.

1. On August 5, 2022, Plaintiff sued Defendant The Mitchell Gold Co. ("Michell Gold") in the Court of Common Pleas of Allegheny County. (Doc. 1-2.) Plaintiff's complaint alleges that Mitchell Gold violated Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 1281-1289, by failing to make its online store accessible to Plaintiff, who is blind.

2. Mitchell Gold's Notice of Removal pleads, "[u]pon information and belief Removing Defendant was served with Plaintiff's Complaint on or about September 1, 2022." (Doc. 1, Notice of Removal, ¶ 5.)

3. Having been served on September 1, 2022, Mitchell Gold had thirty days, or until October 1, 2022, to remove Plaintiff's complaint. 28. U.S.C. § 1446(b).

4. Mitchell Gold filed its Notice of Removal on Wednesday, October 5, 2022, thirty-four days after Mitchell Gold was served with Plaintiff's complaint. (Doc. 1.)

5. As a result, Mitchell Gold's Notice of Remand is untimely and the Court lacks jurisdiction to resolve Plaintiff's claims.

1

6. The Court should grant Plaintiff's motion and remand this case to state court, where it was originally filed.

7. Counsel for Plaintiff provided unfiled copies of the motion, supporting brief, and proposed order to Defendant on October 21, 2022. On October 24, 2022, Mitchell Gold indicated that it opposes the relief sought in Plaintiff's motion.

Respectfully Submitted,

Dated: October 25, 2022

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him), PA 312144
Kevin J. Abramowicz (He/Him), PA 320659
Chandler Steiger (She/Her), PA 328891
Stephanie Moore (She/Her), PA 329447
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 25, 2022, a true and correct copy of the foregoing Motion to Remand was filed on the Court's CM/ECF system and will be served on all counsel record.

Respectfully Submitted,

Dated: October 25, 2022

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him), PA 312144